[No. 37615-2-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID
LEE LONG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-04704-8, Donald D. Haley, J., entered
November 6, 1995. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Grosse and Ellington, JJ.

[No. 38121-1-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. V.F.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-05996-3, Norma Smith Huggins, J.,
entered January 9, 1996. *Reversed* by unpublished per
curiam opinion.

[No. 38158-0-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
ALLENSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-057221, Marilyn R. Sellers, J., entered
February 12, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 38198-9-I.    Division One.    May 27, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
CHRISTOPHER J. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-05212-2, Richard A. Jones, J., entered
February 26, 1996. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Grosse and Becker, JJ.